FILED
2011 APR 22  PM 4: 22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

1  SHEPPARD, MULLIN, RICHTER & HAMPTON llp
2  A Limited Liability Partnership
   Including Professional Corporations
3  NORMA V. GARCIA, Cal. Bar No. 223512
4  ngarciaguillen@sheppardmullin.com
   SHANNON Z. PETERSEN, Cal. Bar No. 211426
5  spetersen@sheppardmullin.com
6  650 Town Center Drive, 4th Floor
   Costa Mesa, California  92626-1993
7  Telephone:  714-513-5100
8  Facsimile:   714-513-5130

9  SUSAN MILLER OVERBEY (*pro hac vice* to be filed)
10   soverbey@burkelaw.com
    BURKE, WARREN, MACKAY & SERRITELLA, P.C.
11  330 North Wabash Avenue, 22nd Floor
12  Chicago, Illinois 60611
    Telephone:  (312) 840-7000
13  Facsimile:   (312) 840-7900

14
    Attorneys for Defendants JPMORGAN CHASE BANK, NA, CHASE HOME
15  FINANCE LLC, and CALIFORNIA RECONVEYANCE COMPANY

16
                  UNITED STATES DISTRICT COURT
17
                  CENTRAL DISTRICT OF CALIFORNIA
18

19  JAMES FOTI, et al.,                  Case No. CV11-03487-RSWL (JCx)

20                  Plaintiffs,          (Superior Court of California, County
21                                        of Los Angeles, Case No. BC 455629)
22  v.                                   **CALIFORNIA RECONVEYANCE**
                                         **COMPANY'S JOINDER AND**
23  JPMORGAN CHASE BANK, N.A., et        **CONSENT TO REMOVAL**
    al.,
24                                       Complaint Filed:  March 22, 2011
                    Defendants.
25

26
27
28

1

2  Defendant California Reconveyance Company, while fully reserving its right

3  to object to service of process, personal jurisdiction and venue, and without waiving

4

5  any of their other defenses or objections to the Complaint and Amended Complaint,

6  hereby join in JPMorgan Chase Bank, N.A. and Chase Home Finance LLC's Notice

7  of Removal and consent to removal of this action, *Foti, et al. v. JPMorgan Chase

8

9  Bank, N.A., et al.*, Case No. BC 455629, from the Superior Court of California,

10 County of Los Angeles to the United States District Court for the Central District of

11 California.

12

13 Dated: April 22, 2011          SHEPPARD MULLIN RICHTER & HAMPTON LLP

14

15                                By: _____
                                       Norma V. Garcia
16

17                                     Attorney for Defendants
                                  CHASE HOME FINANCE LLC, JPMORGAN
18                                  CHASE BANK, N.A. and CALIFORNIA
                                       RECONVEYANCE COMPANY
19

20

21

22

23

24

25

26

27

28